IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAUL G. SIMMONS : CIVIL ACTION
    Petitioner :
  v. :
     :
PA STATE ATTORNEY GENERAL, et al. :
    Respondents : No. 11-2924

**O R D E R**

AND NOW, this 22nd day of May, 2013, having considered Petitioner's petition for a writ of habeas corpus, and Respondents' response thereto, **I HEREBY ORDER** that Petitioner's petition is **DENIED WITH PREJUDICE AND WITHOUT A HEARING.**

**I FURTHER ORDER** that no certificate of appealability will be issued pursuant to 28 U.S.C. § 2253 because petitioner has failed to make a substantial showing of denial of a constitutional right.

The Clerk of Court is hereby directed to mark this case closed.

                                    s/J. William Ditter, Jr.
                                    J. WILLIAM DITTER, JR., J.